28a 261
105 288
28 261
Case 1
107 225
d107 231
28 261
Case 1
118 412

APPEAL from the Thirteenth Judicial District Court, parish of Carroll. *Hough*, J. *Sparrow & Montgomery*, for plaintiff and appellee. *Leonard & Kennedy*, for defendant and appellant.

LUDELING, C. J. The plaintiff enjoined the collection of the parish taxes and judgment tax assessed against his property. Before the trial he discontinued the suit as to the taxes to pay judgments against the parish. On the trial there was judgment perpetuating the injunction as to the parish taxes.

Two questions are presented for decision:

First—Is the law requiring an estimate of the necessary expenditures of the parish to be made and published *mandatory* or *directory*? I think it is only directory; but my associate justices say it is mandatory? The other question is, does the law, which imposes one hundred per cent as damages for wrongfully enjoining the collection of taxes, apply to *assessments* made under an order of court to pay a judgment against the parish? We think not.

It is therefore ordered that the judgment of the lower court be affirmed with costs of appeal.

## No. 6055.

### G. M. MARSHALL VS. A. YZNAGA DEL VALLE.

Where the defendant, through his agent, agreed to purchase the plaintiff's plantation for a fixed price, subject to an examination of the title, and defendant's counsel, after examination, advised him that the title was not good, whereupon he refused to buy, this is not a non-compliance of contract on account of which plaintiff is entitled to recover damages from defendant.

APPEAL from the Thirteenth Judicial District Court, parish of Concordia. *Hough*, J. *W. F. & O. N. Ogden, T. P. Farrar, Ogden & Hill*, and *Finney & Miller*, for plaintiff and appellant. *Spencer & Mayo, Geo. L. Bright*, for defendant and appellee.

MORGAN, J. The defendant is sued for damages arising from an alleged breach of contract.

The defendant, through his agent, agreed to purchase the plaintiff's

Marshall vs. Valle.

plantation for a fixed price, *subject to an examination of the title.* Defendant's counsel, after examination, advised him that the title was not good.

Under these circumstances we do not see where the plaintiff has any right to claim damages for a non-compliance of contract.

Judgment affirmed.

Rehearing refused.

WYLY, J., *dissenting.* I dissent in this case, and will file my reasons hereafter.